```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ALEX MORALES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br>  Plaintiff, <br><br>  -v- <br><br> APPLE, INC., <br><br>  Defendant. | 22-CV-10872 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

On June 5, 2023, defendant Apple, Inc. moved to dismiss the First Amended Complaint. Upon consideration of the parties' written submissions, the Court hereby grants the motion to dismiss the First Amended Complaint with prejudice.

An opinion explaining the reasons for this ruling will follow by no later than August 31, 2023, at which time final judgment will be entered. Meanwhile, all further proceedings are stayed.

The Clerk of the Court is respectfully directed to close entry numbers 12 and 21.

SO ORDERED.

New York, NY
August 21, 2023

JED S. RAKOFF, U.S.D.J.