**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ALEX MORALES, INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED,

                    Plaintiff,

      -against-                                     22 **CIVIL** 10872 (JSR)

## JUDGMENT

APPLE, INC.,

                    Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 29, 2023, the Court has reconfirmed its ruling that the FAC is dismissed with prejudice. Final judgment is entered and the case is dismissed.

**Dated:** New York, New York

      August 29, 2023

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                              **BY:**      *K. Mango*

                                                            **Deputy Clerk**